# UNITED STATES DISTRICT COURT

for the

District of Columbia

**FILED**

**MAR 19 2024**

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States of America

v.

Joshua Borum

)
)
)
)
)
)
)

**Case: 1:24−mj−00099**
**Assigned To : Harvey, G. Michael**
**Assign. Date : 3/18/2024**
**Description: Complaint W/ Arrest Warrant**

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Joshua Borum _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building .

Date:     03/18/2024                                      _____
                                                                                 *Issuing officer's signature*

City and state:          Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/18/24 , and the person was arrested on *(date)* 03/19/24 at *(city and state)* Indianapolis, IN . |
| Date: 03/19/24                                      _____ *Arresting officer's signature* |
| James M. Moody-special Agent FBI *Printed name and title* |