UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Crim No. 1:24-mj-00099-GMH-1 |
| | ) |
| JOSHUA BORUM, | ) |
| Defendant. | ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Leslie D. Wine, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: March 29, 2024

*Leslie D. Wine*
Leslie D. Wine
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204-5172
(317) 383-3520
Leslie_Wine@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 29, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Leslie D. Wine*
Leslie D. Wine
